IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| ANGELA R. BROWN, | ) | Civil Action No. 9:11-cv-02201-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner will vacate the August 31, 2009 final decision and assign this case to an ALJ to further develop the record and reconsider whether Plaintiff meets Listing 12.05C. The ALJ will hold a supplemental hearing and issue a new decision based on the entire record.

IT IS SO ORDERED.

_____
BRISTOW MARCHANT
United States Magistrate Judge

April 9, 2012
Charleston, South Carolina

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.